IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-00349-REB-MEH

DAVID L. HILDEBRAND, an individual,

    Plaintiff,

v.

JEGS PERFORMANCE, INC.,
BJ's TOOLS,
TOOL KING, and
WILMAR CORPORATION, a/k/a Performance Tool,

    Defendants.

## ORDER DISMISSING DEFENDANTS
## JEGS PERFORMANCE, INC., TOOL KING, AND
## WILMAR CORPORATION a/k/a Performance Tool

**Blackburn, J.**

The matter before me is **Plaintiffs** [*sic*] **Motion To Dismiss** [#5] filed March 3, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendants, Jegs Performance, Inc., Tool King, and Wilmar Corporation, a/k/a Performance Tool, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiffs** [*sic*] **Motion To Dismiss** [#5] filed March 3, 2009, is **GRANTED**;

2. That plaintiff's claims against defendants, Jegs Performance, Inc., Tool King, and Wilmar Corporation, a/k/a Performance Tool, are **DISMISSED WITHOUT**

**PREJUDICE**; and

3. That defendants, Jegs Performance, Inc., Tool King, and Wilmar Corporation, a/k/a Performance Tool, are **DROPPED** as parties, and the case caption is amended accordingly.

Dated March 4, 2009, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge