**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00349-REB-MEH

DAVID L. HILDEBRAND, an individual,

      Plaintiff,

v.

BJ's TOOLS,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is **Plaintiffs** (*sic*) **Motion To Dismiss** [#11], filed June 2, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Plaintiffs** (*sic*) **Motion To Dismiss** [#11], filed June 2, 2009, is **GRANTED**; and

2.  That this action is **DISMISSED WITH PREJUDICE**.

Dated June 2, 2009, at Denver, Colorado.

                                              BY THE COURT:

                                              */s/ Bob Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge